UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Crim. No. 5:18-CR-176-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　Plaintiff, | ) <br> ) <br> ) |
| v. | ) <br> ) <br> ) |
| CARLTON ROY HUGHES<br>　　　Defendant. | ) <br> ) <br> ) <br> ) |

**ORDER**

This matter having come before the Court by an unopposed motion of the Defendant to

schedule a hearing to address Defendant's pro se motion to substitute counsel, and for good

cause shown, it is hereby GRANTED. Furthermore, it is hereby ORDERED that ~~a hearing be set~~

~~on~~ the Federal Public Defender shall appoint ~~to address Defendant's pro se motion.~~ New counsel.

IT IS SO ORDERED.

This _5_ day of October 2018.

_____
JAMES C. DEVER III
Chief United States District Judge