UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-176-D1

UNITED STATES OF AMERICA

v.                                                    ORDER

CARLTON ROY HUGHES

FOR THE reasons explained in Defense Counsel's Motion to Seal and for good cause shown, this Court ORDERS that Docket Entry 109 be sealed until otherwise unsealed by the Court.

IT FURTHERMORE ORDERS, that a copy of the Court's ORDER granting the Court's Order to Withdraw be transmitted to the Office of the Federal Public Defender for the Eastern District of North Carolina for reappointment of counsel.

This the __1__ day of ~~January~~ February 2019.

JAMES C. DEVER, III
United States District Judge